THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MONTE CHARLES**, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICAN PHOENIX, INC.**, <br><br> Defendant. | Case No. 3:24-CV-00255-JDP <br><br> Judge James D. Peterson |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
<u>AND MEMORANDUM IN SUPPORT</u>**

Named Plaintiff Monte Charles ("Representative Plaintiff"), on behalf of himself and the Collective and Class Members (as defined in below), and Defendant American Phoenix, Inc. ("Defendant") (collectively, the "Parties") respectfully move this Court to enter an Order approving their Fair Labor Standards Act ("FLSA") settlement and preliminarily approving the Parties' class action settlement under Fed. R. Civ. P. 23(e) (the "Settlement").

In support of this Motion, the Parties submit the following documents:

**Exhibit A**:   Settlement Agreement and Release of Claims, with its Exhibits 1-3 (the "Agreement");[1]

**Exhibit B**:   Declaration of Class Counsel Robi J. Baishnab es ("Baishnab Decl.");

**Exhibit C**:   Supporting declarations from Named Plaintiff and Opt-in Plaintiffs; and,

**Exhibit D**:   Proposed Order.

The Parties further request that the Court:

    A. Designate Named Plaintiff as the Class Representative;

---

[1] The Parties intend that defined terms from the Agreement are used the same way in this motion.

1

B. Provisionally certify the proposed settlement class and approve the FLSA settlement;

C. Preliminarily approve the Named Plaintiff's request for the Enhancement Payment as set forth in the Agreement;

D. Designate Plaintiffs' Counsel as Class Counsel;

E. Preliminarily approve Class Counsel's request for attorneys' fees and litigation expenses;

F. Appoint Analytics Consulting LLC as the Settlement Administrator;

G. Direct distribution of the proposed notice of class action settlement to the Rule 23 Class Members as outlined in the Agreement; and,

H. Schedule a Final Approval Hearing to take place approximately <u>120 days</u> after granting preliminary approval of the Settlement.

In advance of, and at the Final Approval Hearing, the Parties will request that the Court grant final approval of the Settlement. As discussed in the attached Memorandum in Support, the Settlement is fair, reasonable, and adequate and in the best interest of the Rule 23 Class Members and the FLSA Collective Members.

Respectfully submitted,

<div style="display: flex;">

/s/ Robi J. Baishnab
Robi J. Baishnab (OH 86195)
**NILGES DRAHER LLC**
1360 E. 9th Street, Suite 808
Cleveland, OH 44114
Telephone: (216) 230-2955
Facsimile: (330) 754-1430
Email: rbaishnab@ohlaborlaw.com

Hans A. Nilges (OH 0076017)
**NILGES DRAHER LLC**
7034 Braucher Street NW, Suite B
North Canton, OH 44720
Telephone: (330) 470-4428
Facsimile: (330) 754-1430
Email: hans@ohlaborlaw.com

*Counsel for Plaintiffs*

/s/ Tony H. McGrath (with permission)
Tony H. McGrath
**JACKSON LEWIS P.C.**
22 East Mifflin Street, Suite 800
Madison, WI 53703
Telephone: (608) 807-5274
Facsimile: (317) 916-9076
Email: tony.mcgrath@jacksonlewis.com

*Counsel for Defendant*

</div>

## CERTIFICATE OF SERVICE

      I hereby certify that on August 20, 2025, the foregoing was filed electronically. Notice of this filing will be sent to the following individuals by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<div align="right">

*/s/ Robi J. Baishnab*
*Counsel for Plaintiffs*

</div>